U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

JUN 18 2015

TONY R. MO___, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

FREDRICK WAYNE HARRIS      CIVIL ACTION NO. 13-cv-3208

VERSUS      JUDGE STAGG

LONNIE NAIL      MAGISTRATE JUDGE HORNSBY

### ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections previously filed herein, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Lonnie Nail's **Motion to Dismiss or Alternatively for Summary Judgment (Doc. 22) is granted** and all claims against Nail are **dismissed with prejudice**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the __17__ day of __June__, 2015.

TOM STAGG
UNITED STATES DISTRICT JUDGE